UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-----------------------------------------------------------x
TABERNA CAPITAL MANAGEMENT, LLC, :

                Plaintiff,   :  08 Civ. 1817 (JSR)

          - against -   :

SIDNEY B. DUNMORE, MICHAEL A. KANE,  :
and DHI DEVELOPMENT f/k/a DUNMORE
HOMES, LLC,   :

              Defendants.   :

**NOTICE OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT DHI DEVELOPMENT**

-----------------------------------------------------------x

    **PLEASE TAKE NOTICE** that, upon the declaration of Kenneth G. Roberts, Esq., dated March 5, 2008, the exhibits thereto, the accompanying brief, and the clerk's certificate of default, plaintiff Taberna Capital Management, LLC will move this Court, on April 10, 2008, at 4:00 pm, at the Courthouse, 500 Pearl Street, Courtroom 14B, New York, New York, for an Order, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, entering default judgment against defendant DHI Development f/k/a Dunmore Homes, LLC, and granting such other and further relief as the Court deems just and proper.

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's direction, any papers in opposition to this motion must be filed and served on or before March 24, 2008, and reply papers shall be served on or before March 31, 2008.

Dated: New York, New York
       March 5, 2008

                              WOLFBLOCK LLP

                              By: _____
                              Kenneth G. Roberts (kroberts@wolfblock.com)
                              Attorneys for Plaintiff
                              250 Park Avenue
                              New York, New York 10177
                              Direct Dial: (212) 883-4914

NYC:759974.2

TO: David L. Neale
Beth Ann R. Young
Michelle S. Grimberg
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Attorneys for Defendant Sidney B. Dunmore

Krista J. Dunzweiler
DIEPENBROCK HARRISON
400 Capitol Mall, Suite 1800
Sacramento, California 95814
Attorneys for Defendant Michael A. Kane

DHI Development f/k/a
Dunmore Homes, LLC
8781 Sierra College Boulevard
Granite Bay, California 95746

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------x
TABERNA CAPITAL MANAGEMENT, LLC, :

                     Plaintiff, :    08 Civ. 1817 (JSR)

             - against - :

                                         **CLERK'S CERTIFICATE**

SIDNEY B. DUNMORE, MICHAEL A. KANE, :
and DHI DEVELOPMENT f/k/a DUNMORE
HOMES, LLC, :

                     Defendants. :

------------------------------------------------------------x

    I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on January 17, 2008 in the Supreme Court of New York, County of New York with the filing of a summons and complaint, that this action was removed to this Court on February 21, 2008, that a copy of the summons and complaint was served on defendant DHI Development f/k/a Dunmore Homes, LLC by serving Pam McMann, authorized agent at DHI's place of business, 8781 Sierra College Boulevard, Granite Bay, California, that proof of such service thereof was filed prior to removal in the Supreme Court of New York on February 8, 2008, and proof of such service is attached as Exhibit B to the Declaration of Kenneth G. Roberts dated March 4, 2008, filed herein.

    I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: March _, 2008
       New York, New York

                                                      **J. MICHAEL MCMAHON**
                                                      Clerk of the Court
                                                      By:
                                                      _____
                                                      Deputy Clerk

NYC:760019.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------x
TABERNA CAPITAL MANAGEMENT, LLC,  :

                    Plaintiff,  :  08 Civ. 1817 (JSR)

            - against -  :

SIDNEY B. DUNMORE, MICHAEL A. KANE,  :  **JUDGMENT AGAINST**
and DHI DEVELOPMENT f/k/a DUNMORE     **DHI DEVELOPMENT**
HOMES, LLC,  :

                 Defendants.  :

------------------------------------------------------------x

Plaintiff Taberna Capital Management, LLC, having moved for default judgment against defendant DHI Development f/k/a Dunmore Homes, LLC ("DHI") for the relief requested in the complaint, and DHI having failed to appear, it is hereby

**ORDERED AND ADJUDGED** that plaintiff Taberna Capital Management, LLC's motion for default judgment against defendant DHI is granted, and that judgment is entered in favor of plaintiff and against defendant DHI in the amount of $21,335,222.36, plus interest from January 17, 2008 in the amount of $_____, for a total of $_____.

_____
United States District Judge

NYC:760018.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2005, I caused one true copy of plaintiff's Notice of Motion For Default Judgment Against Defendant DHI Devlopment, supporting brief, Declaration of Kenneth G. Roberts, Statement of Damages, proposed clerk's certificate, and proposed form of judgment to be served upon the following counsel via email and first class mail:

>David L. Neale
>Beth Ann R. Young
>Michelle S. Grimberg
>LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
>10250 Constellation Boulevard, Suite 1700
>Los Angeles, California 90067
>Attorneys for Defendant Sidney B. Dunmore
>
>Krista J. Dunzweiler
>DIEPENBROCK HARRISON
>400 Capitol Mall, Suite 1800
>Sacramento, California 95814
>Attorneys for Defendant Michael A. Kane

and upon the following non-appearing defendant via first class mail to the following address, where process in this action was previously served:

>DHI Development f/k/a
>Dunmore Homes, LLC
>8781 Sierra College Boulevard
>Granite Bay, California 95746

_____
JAMES L. SIMPSON

NYC:760069.1