UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------x
TABERNA CAPITAL MANAGEMENT, LLC,  :

                Plaintiff,  :  08 Civ. 1817 (JSR)

      - against -  :  **STATEMENT OF DAMAGES**

SIDNEY B. DUNMORE, MICHAEL A. KANE,  :
and DHI DEVELOPMENT f/k/a DUNMORE
HOMES, LLC,  :

                Defendants.  :
------------------------------------------------------------x

Note Principal Due ..................................................................$ 20,619,000.00

Note Interest Due Through 12/31/07..........................................$    726,222.36

Note Per Diem Interest ($4,777.78) from 1/1/08 through
entry of judgment....................................................................$ _____


TOTAL ....................................................................................$ _____

Dated: New York, New York
       March 5, 2008

                               WOLFBLOCK LLP

                               By: _____
                               Kenneth G. Roberts (kroberts@wolfblock.com)
                               Attorneys for Plaintiff
                               250 Park Avenue
                               New York, New York 10177
                               Direct Dial: (212) 883-4914

NYC:760007.3