SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TABERNA CAPITAL MANAGEMENT, LLC,

Plaintiff,

- against -

SIDNEY B. DUNMORE, MICHAEL A. KANE, and DHI DEVELOPMENT f/k/a DUNMORE HOMES, LLC

Defendant.

08 cv 1817 (JSR)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

MAR 0 7 2008

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David L. Neale, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Beth Ann R. Young
Firm Name: LEVENE, NEALE, BENDER, RANKIN & BRILL LLP
Address: 10250 Constellation Blvd, Ste. 1700
City/State/Zip: Los Angeles, CA 90067
Phone Number: (310) 229-1234
Fax Number: (310) 229-1244

Beth Ann R. Young is a member in good standing of the Bar of the States of California

There are no pending disciplinary proceeding against Beth Ann R. Young in any State or Federal court.

Dated:
City, State: Los Angeles, CA

Respectfully submitted,

/s/ David Neale

Sponsor's SDNY Bar: DN 1948
Firm Name: LEVENE, NEALE, BENDER, RANKIN & BRILL LLP
Address: 10250 Constellation Blvd, Ste. 1700
City/State/Zip: Los Angeles, CA 90067
Phone Number: 310-229-1234
Fax Number: 310-229-1244

SDNY Form Web 10/2006


ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TABERNA CAPITAL MANAGEMENT, LLC,         Plaintiff, | : 08 CV 1817 (JSR) |
| - against - | : **AFFIDAVIT OF DAVID L. NEALE IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| SIDNEY B. DUNMORE, MICHAEL A. KANE, and DHI DEVELOPMENT f/k/a DUNMORE HOMES, LLC,         Defendants. | : |

State of California     )
                        ) ss:
County of Los Angeles   )

David L. Neale, being duly sworn, hereby deposes and says as follows:

1. I am of counsel at Levene, Neale, Bender, Rankin & Brill L.L.P., counsel for Defendant, Sindey B. Dunmore in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Beth Ann R. Young as counsel pro hac vice to represent Defendant in this matter.
2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1988. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.
3. I have known Beth Ann R. Young since April 2005.
4. Ms. Young is a member of Levene, Neale, Bender, Rankin & Brill L.L.P.
5. I have found Ms. Young to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.
6. Accordingly, I am pleased to move the admission of Beth Ann R. Young, pro hac vice.
7. I respectfully submit a proposed order granting the admission of Beth Ann R. Young, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Beth Ann R. Young, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: March 6, 2008
Los Angeles, California
Notarized:

Respectfully submitted,

David L. Neale
DN 1948

JOHN BERWICK
Commission # 1510105
Notary Public - California
Los Angeles County
My Comm. Expires Aug 27, 2008

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

State of California

County of ___Los Angeles___

On __March 6, 2008__ before me, __John Berwick Notary Public__,
  Date                                    Here Insert Name and Title of the Officer

personally appeared __David L. Neale__
                                    Name(s) of Signer(s)

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __/s/ John Berwick__
              Signature of Notary Public

[Notary Seal: JOHN BERWICK, Commission # 1510105, Notary Public - California, Los Angeles County, My Comm. Expires Aug 27, 2008]

Place Notary Seal Above

─────────── **OPTIONAL** ───────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____
_____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____
_____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org  Item #5907  Reorder: Call Toll-Free 1-800-876-6827

# Exhibit A

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TABERNA CAPITAL MANAGEMENT, LLC,

Plaintiff,

08 cv 1817 (JSR)

- against -

SIDNEY B. DUNMORE, MICHAEL A. KANE, and DHI DEVELOPMENT f/k/a DUNMORE HOMES, LLC,

Defendant.

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of  David L. Neale   attorney for   Sidney B. Dunmore

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Beth Ann R. Young |
| Firm Name: | LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P. |
| Address: | 10250 Constellation Blvd., Ste. 1700 |
| City/State/Zip: | Los Angeles, California 90067 |
| Telephone/Fax: | (310) 229-1234    310-229-1244 |
| Email Address: | BRY@LNBRB.COM |

is admitted to practice pro hac vice as counsel for   Sidney B. Dunmore   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $_____   SDNY RECEIPT#_____
SDNY Form Web 10/2006

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639          TELEPHONE: 888-800-3400

March 4, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, BETH ANN ROSENFIELD, #143945 was admitted to the practice of law in this state by the Supreme Court of California on December 11, 1989; that at her request, on February 28, 1990, her name was changed to BETH ANN YOUNG on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
BETH ANN R. YOUNG (State Bar No. 143945)
MICHELLE S. GRIMBERG (State Bar No. 217327)
GIL HOPENSTAND (State Bar No. 225899)
10250 Constellation Boulevard, Suite 1700
Los Angeles, California  90067
Telephone:   (310) 229-1234
Facsimile:    (310) 229-1244

Attorneys for Defendant Sidney B. Dunmore

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TABERNA CAPITAL MANAGEMENT, LLC, <br><br> Plaintiff, <br><br> - against - <br><br> SIDNEY B. DUNMORE, MICHAEL A. KANE, And DHI DEVELOPMENT f/k/a DUNMORE HOMES, LLC, <br><br> Defendants. | Case No. 08 CV 1817 (JSR) <br><br> **AFFIRMATION OF SERVICE OF: MOTION TO ADMIT COUNSEL PRO HACE VICE AND RELATED DOCUMENTS** <br><br> **(APPLICANT: BETH ANN R. YOUNG)** |

## AFFIRMATION OF SERVICE

I, Angela Antonio, declare under penalty of perjury that I have served copies of the following documents:

1. Motion to Admit Counsel Pro Hac Vice;
2. Affidavit of David L. Neale in Support of Motion to Admit Counsel Pro Hac Vice; and
3. Order for Admission Pro Hac Vice on Written Motion

upon:

Kenneth G. Roberts
James L. Simpson
WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP
250 Park Avenue
New York, NY  10177

Krista J. Dunzweiler
DIEPENBROCK HARRISON
400 Capitol Mall, Suite 1800
Sacramento, CA  95814

by mail.

Dated:  Los Angeles, California
            March 6, 2008

_____
Angela Antonio
LEVENE, NEALE, BENDER, RANKIN
        & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California  90067
Telephone: (310) 229-1234