UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| TABERNA CAPITAL MANAGEMENT, LLC, | Plaintiff, |
|---|---|

- against -

SIDNEY B. DUNMORE, MICHAEL A. KANE, and DHI DEVELOPMENT f/k/a DUNMORE HOMES, LLC    Defendant.

08 cv 1817 (JSR)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David L. Neale, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Michelle S. Grimberg
Firm Name: LEVENE, NEALE, BENDER, RANKIN & BRILL LLP
Address: 10250 Constellation Blvd, Ste. 1700
City/State/Zip: Los Angeles, CA 90067
Phone Number: (310) 229-1234
Fax Number: (310) 229-1244

Michelle S. Grimberg is a member in good standing of the Bar of the States of California

There are no pending disciplinary proceeding against Michelle S. Grimberg in any State or Federal court.

Dated:
City, State: Los Angeles, CA

Respectfully submitted,

Sponsor's SDNY Bar: DN 1948
Firm Name: LEVENE, NEALE, BENDER, RANKIN & BRILL LLP
Address: 10250 Constellation Blvd, Ste. 1700
City/State/Zip: Los Angeles, CA 90067
Phone Number: 310-229-1234
Fax Number: 310-229-1244

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TABERNA CAPITAL MANAGEMENT, LLC,       Plaintiff, | : 08 CV 1817 (JSR) |
| - against - | : **AFFIDAVIT OF DAVID L. NEALE IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| SIDNEY B. DUNMORE, MICHAEL A. KANE, and DHI DEVELOPMENT f/k/a DUNMORE HOMES, LLC,       Defendants. | : |

State of California     )
                        )  ss:
County of Los Angeles   )

David L. Neale, being duly sworn, hereby deposes and says as follows:

1. I am of counsel at Levene, Neale, Bender, Rankin & Brill L.L.P., counsel for Defendant, Sindey B. Dunmore in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant motion to admit Michelle S. Grimberg as counsel pro hac vice to represent Defendant in this matter.
2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1988. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.
3. I have known Michelle S. Grimberg since January 2007.
4. Ms. Grimberg is an associate at Levene, Neale, Bender, Rankin & Brill L.L.P.
5. I have found Ms. Grimberg to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.
6. Accordingly, I am pleased to move the admission of Michelle S. Grimberg, pro hac vice.
7. I respectfully submit a proposed order granting the admission of Michelle S. Grimberg, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Michelle S. Grimberg, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: March 6, 2008
Los Angeles, California
Notarized:

JOHN BERWICK
Commission # 1510105
Notary Public - California
Los Angeles County
My Comm. Expires Aug 27, 2008

Respectfully submitted,

_____
David L. Neale
DN 1948

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _Los Angeles_

On _March 6, 2008_ before me, _John Berwick, Notary Public_,
    Date                                    Here Insert Name and Title of the Officer

personally appeared _David L. Neale_
                    Name(s) of Signer(s)

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _John Berwick_
          Signature of Notary Public

**JOHN BERWICK**
Commission # 1510105
Notary Public - California
Los Angeles County
My Comm. Expires Aug 27, 2008

Place Notary Seal Above

────────────── OPTIONAL ──────────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

© 2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

# Exhibit A

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TABERNA CAPITAL MANAGEMENT, LLC,

Plaintiff,

08 cv 1817 (JSR)

- against -

SIDNEY B. DUNMORE, MICHAEL A. KANE, and DHI DEVELOPMENT f/k/a DUNMORE HOMES, LLC,

Defendant.

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of David L. Neale attorney for Sidney B. Dunmore and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Michelle S. Grimberg |
| Firm Name: | LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P. |
| Address: | 10250 Constellation Blvd., Ste. 1700 |
| City/State/Zip: | Los Angeles, California 90067 |
| Telephone/Fax: | (310) 229-1234    310-229-1244 |
| Email Address: | MSG@LNBRB.COM |

is admitted to practice pro hac vice as counsel for Sidney B. Dunmore in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639     TELEPHONE: 888-800-3400

March 4, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHELLE M. SHARONI, #217327 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 2001; that at her request, on June 15, 2007, her name was changed to MICHELLE SHARONI GRIMBERG on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
BETH ANN R. YOUNG (State Bar No. 143945)
MICHELLE S. GRIMBERG (State Bar No. 217327)
GIL HOPENSTAND (State Bar No. 225899)
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:   (310) 229-1234
Facsimile:   (310) 229-1244

Attorneys for Defendant Sidney B. Dunmore

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TABERNA CAPITAL MANAGEMENT, LLC,<br><br>Plaintiff,<br><br>- against -<br><br>SIDNEY B. DUNMORE, MICHAEL A. KANE, And DHI DEVELOPMENT f/k/a DUNMORE HOMES, LLC,<br><br>Defendants. | Case No. 08 CV 1817 (JSR)<br><br>**AFFIRMATION OF SERVICE OF: MOTION TO ADMIT COUNSEL PRO HACE VICE AND RELATED DOCUMENTS**<br><br>**(APPLICANT: MICHELLE S. GRIMBERG)** |

## AFFIRMATION OF SERVICE

I, Angela Antonio, declare under penalty of perjury that I have served copies of the following documents:

1. Motion to Admit Counsel Pro Hac Vice;
2. Affidavit of David L. Neale in Support of Motion to Admit Counsel Pro Hac Vice; and
3. Order for Admission Pro Hac Vice on Written Motion

upon:

Kenneth G. Roberts
James L. Simpson
WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP
250 Park Avenue
New York, NY 10177

Krista J. Dunzweiler
DIEPENBROCK HARRISON
400 Capitol Mall, Suite 1800
Sacramento, CA 95814

by mail.

Dated: Los Angeles, California
March 6, 2008

_____
Angela Antonio
LEVENE, NEALE, BENDER, RANKIN
    & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234

2