UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TABERNA CAPITAL MANAGEMENT, LLC, | : District Court Case No.: 08 CV 1817 [JSR] |
| Plaintiff, | : |
| - against - | : |
| SIDNEY B. DUNMORE, MICHAEL A. KANE, and DHI DEVELOPMENT f/k/a DUNMORE HOMES, LLC, | : |
| Defendants. | : |

**AFFIRMATION OF SERVICE**

## AFFIRMATION OF SERVICE

I, Angela Antonio, declare under penalty of perjury that I have served copies of the following documents:

1. NOTICE OF MOTION AND MOTION OF SIDNEY B. DUNMORE TO (1) DISMISS FOR LACK OF PERSONAL JURISDICTION; OR IN THE ALTERNATIVE, (2) TO DISMISS OR TRANSFER FOR IMPROPER VENUE; OR IN THE ALTERNATIVE, (3) TO TRANSFER FOR CONVENIENCE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION;
2. MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT SIDNEY B. DUNMORE'S MOTION (1) TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR IN THE ALTERNATIVE, (2) TO DISMISS OR TRANSFER FOR IMPROPER VENUE, OR IN THE ALTERNATIVE (3) TO TRANSFER VENUE FOR CONVENIENCE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION;
3. AFFIRMATION OF SIDNEY B. DUNMORE IN SUPPORT OF HIS MOTION TO (1) DISMISS FOR LACK OF PERSONAL JURISDICTION; OR IN THE ALTERNATIVE; (2) TO DISMISS OR TRANSFER FOR IMPROPER VENUE; OR IN THE ALTERNATIVE (3) TO TRANSFER FOR CONVENIENCE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION; and
4. REQUEST FOR JUDICIAL IN SUPPORT OF SIDNEY B. DUNMORE'S MOTION TO (1) DISMISS FOR LACK OF PERSONAL JURISDICTION; OR IN THE ALTERNATIVE, (2) TO DISMISS OR TRANSFER FOR IMPROPER VENUE; OR IN THE ALTERNATIVE, (3) TO TRANSFER FOR CONVENIENCE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

upon:

Kenneth G. Roberts
James L. Simpson
WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP
250 Park Avenue
New York, NY  10177

Krista J. Dunzweiler
DIEPENBROCK HARRISON
400 Capitol Mall, Suite 1800
Sacramento, CA  95814

DH1 DEVELOPMENT
f/k/a DUNMORE HOMES, LLC
8781 Sierra College Blvd., Suite 100
Granite Bay, CA 95746

__X__ by mail.  I caused such envelopes with postage thereon, fully prepaid to be placed in the

United States mail.


Dated: Los Angeles, California                    _____/s/ Angela Antonio_____
        March 10, 2008                                         Angela Antonio
                                                         LEVENE, NEALE, BENDER, RANKIN
                                                              & BRILL L.L.P.
                                         10250 Constellation Boulevard, Suite 1700
                                         Los Angeles, California  90067
                                         Telephone: (310) 229-1234