AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

## APPEARANCE

Case Number: 08-CV-1817

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Michael A. Kane

I certify that I am admitted to practice in this court.

| 3/10/2008 | *[signature]* Stephen Wagner | SW-2900 |
|---|---|---|
| Date | Signature | Bar Number |
| | Stephen Wagner | |
| | Print Name | |

Cohen Tauber Spievack ^ Wagner P.C. 420 Lexington Ave.,
Address

| New York | NY | 10170 |
|---|---|---|
| City | State | Zip Code |

| (212) 586-5800 | (212) 586-5095 |
|---|---|
| Phone Number | Fax Number |