ORIGINAL

⬥SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TABERNA CAPITAL MANAGEMENT, LLC,  Plaintiff,

08 cv 1817 (JSR)

- against -

SIDNEY B. DUNMORE, MICHAEL A. KANE, and DHI DEVELOPMENT f/k/a DUNMORE HOMES, LLC,  Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of David L. Neale attorney for Sidney B. Dunmore

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: Michelle S. Grimberg
Firm Name: LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
Address: 10250 Constellation Blvd., Ste. 1700
City/State/Zip: Los Angeles, California 90067
Telephone/Fax: (310) 229-1234    310-229-1244
Email Address: MSG@LNBRB.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-12-08
```

is admitted to practice pro hac vice as counsel for Sidney B. Dunmore in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 3/12/08
City, State: New York, NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $_____    SDNY RECEIPT#_____
SDNY Form Web 10/2006

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639    TELEPHONE: 888-800-3400

March 4, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHELLE M. SHARONI, #217327 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 2001; that at her request, on June 15, 2007, her name was changed to MICHELLE SHARONI GRIMBERG on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
BETH ANN R. YOUNG (State Bar No. 143945)
MICHELLE S. GRIMBERG (State Bar No. 217327)
GIL HOPENSTAND (State Bar No. 225899)
10250 Constellation Boulevard, Suite 1700
Los Angeles, California  90067
Telephone:   (310) 229-1234
Facsimile:    (310) 229-1244

Attorneys for Defendant Sidney B. Dunmore

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TABERNA CAPITAL MANAGEMENT, LLC, <br><br> Plaintiff, <br><br> - against - <br><br> SIDNEY B. DUNMORE, MICHAEL A. KANE, And DHI DEVELOPMENT f/k/a DUNMORE HOMES, LLC, <br><br> Defendants. | Case No. 08 CV 1817 (JSR) <br><br> **AFFIRMATION OF SERVICE OF: MOTION TO ADMIT COUNSEL PRO HACE VICE AND RELATED DOCUMENTS** <br><br> **(APPLICANT: MICHELLE S. GRIMBERG)** |

## AFFIRMATION OF SERVICE

I, Angela Antonio, declare under penalty of perjury that I have served copies of the following documents:

1. Motion to Admit Counsel Pro Hac Vice;
2. Affidavit of David L. Neale in Support of Motion to Admit Counsel Pro Hac Vice; and
3. Order for Admission Pro Hac Vice on Written Motion

upon:

Kenneth G. Roberts
James L. Simpson
WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP
250 Park Avenue
New York, NY 10177

Krista J. Dunzweiler
DIEPENBROCK HARRISON
400 Capitol Mall, Suite 1800
Sacramento, CA 95814

by mail.

Dated: Los Angeles, California
        March 6, 2008

_____
Angela Antonio
LEVENE, NEALE, BENDER, RANKIN
    & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234

2