UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TABERNA CAPITAL MANAGEMENT, LLC, : <br><br>Plaintiff, : <br><br>- against - : <br><br>SIDNEY B. DUNMORE, MICHAEL A. KANE, and DHI DEVELOPMENT f/k/a DUNMORE HOMES, LLC, : <br><br>Defendants. : | District Court Case No.: <br>08 CV 1817 [JSR] |

**AFFIRMATION OF SERVICE**

**AFFIRMATION OF SERVICE**

I, Angela Antonio, declare under penalty of perjury that I have served copies of the following documents:

1. REPLY BRIEF IN SUPPORT OF DEFENDANT SIDNEY B. DUNMORE'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR IN THE ALTERNATIVE, (2) TO DISMISS OR TRANSFER FOR IMPROPER VENUE, OR IN THE ALTERNATIVE (3) TO TRANSFER VENUE FOR CONVENIENCE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

2. DEFENDANT SIDNEY B. DUNMORE'S REQUEST TO STRIKE PORTIONS OF THE DECLARATION OF JILL L. MANDELL IN SUPPORT OF REPLY BRIEF IN SUPPORT OF DEFENDANT SIDNEY B. DUNMORE'S MOTION(1) TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR IN THE ALTERNATIVE, (2) TO DISMISS OR TRANSFER FOR IMPROPER VENUE, OR IN THE ALTERNATIVE (3) TO TRANSFER VENUE FOR CONVENIENCE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

upon:

| | |
|---|---|
| Kenneth G. Roberts<br>James L. Simpson<br>WOLF, BLOCK, SCHORR AND<br>SOLIS-COHEN LLP<br>250 Park Avenue<br>New York, NY  10177 | DHI DEVELOPMENT<br>f/k/a DUNMORE HOMES, LLC<br>8781 Sierra College Blvd., Suite 100<br>Granite Bay, CA 95746 |
| Krista J. Dunzweiler<br>DIEPENBROCK HARRISON<br>400 Capitol Mall, Suite 1800<br>Sacramento, CA  95814 | Stephen Wagner<br>Ginnine Fried<br>COHEN TAUBER SPIEVACK &<br>WAGNER P.C.<br>420 Lexington Ave., Suite 2400<br>New York, NY  10170 |

__X__  by Federal Express or OverniteExpress Delivery for next business day delivery.

Dated:  Los Angeles, California         */s/ Angela Antonio*
      April 4, 2008                      Angela Antonio
                                          LEVENE, NEALE, BENDER, RANKIN
                                              & BRILL L.L.P.
                                      10250 Constellation Boulevard, Suite 1700
                                      Los Angeles, California  90067
                                      Telephone: (310) 229-1234