UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
TABERNA CAPITAL MANAGEMENT, LLC,    :
            Plaintiff,              :   08 Civ. 1817 (JSR)
    -v-                             :   ORDER
SIDNEY B. DUNMORE, MICHAEL A. KANE, :
and DHI DEVELOPMENT f/k/a DUNMORE   :
HOMES, LLC,                         :
            Defendants.             :
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-14-08

JED S. RAKOFF, U.S.D.J.

Defendants Sidney B. Dunmore and Michael A. Kane move to dismiss the above-captioned case for lack of personal jurisdiction, to dismiss or transfer for lack of proper venue, or to transfer in the interests of justice. The motion is hereby denied. An opinion explaining the reason for this determination will issue in due course.

SO ORDERED.

                                    _____
                                    JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       April 11, 2008