UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TABERNA CAPITAL MANAGEMENT, LLC,  :<br><br>　　　　　　　Plaintiff,　　　　　　　　　　:<br><br>　　　- against -　　　　　　　　　　　　:<br><br>SIDNEY B. DUNMORE, MICHAEL A. KANE,<br>and DHI DEVELOPMENT f/k/a DUNMORE　:<br>HOMES, LLC,<br>　　　　　　　　　　　　　　　　　　:<br>　　　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　:<br><br>　　　　　　　　　　　　　　　　　　:<br><br>　　　　　　　　　　　　　　　　　　: | District Court Case No.:<br>08 CV 1817 [JSR] |

**AFFIRMATION OF SERVICE**

## AFFIRMATION OF SERVICE

I, Angela Antonio, declare under penalty of perjury that I have served copies of the following documents:

1. MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT SIDNEY B. DUNMORE'S MOTION TO: (1) DISMISS THE COMPLAINT DUE TO THE AUTOMATIC STAY OR DUE TO PLAINTIFF'S LACK OF STANDING; (2) DISMISS THE COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6); OR IN THE ALTERNATIVE, (3) FOR A MORE DEFINITE STATEMENT OF FACTS PURSUANT TO F.R.C.P. 12(e); and
2. REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SIDNEY B. DUNMORE'S MOTION TO: (1) DISMISS THE COMPLAINT DUE TO THE AUTOMATIC STAY OR DUE TO PLAINTIFF'S LACK OF STANDING; (2) DISMISS THE COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6); OR IN THE ALTERNATIVE, (3) FOR A MORE DEFINITE STATEMENT OF FACTS PURSUANT TO F.R.C.P. 12(e)

upon:

| | |
|---|---|
| Kenneth G. Roberts<br>James L. Simpson<br>WOLF, BLOCK, SCHORR AND<br>SOLIS-COHEN LLP<br>250 Park Avenue<br>New York, NY 10177 | DHI DEVELOPMENT<br>f/k/a DUNMORE HOMES, LLC<br>8781 Sierra College Blvd., Suite 100<br>Granite Bay, CA 95746 |
| Krista J. Dunzweiler<br>DIEPENBROCK HARRISON<br>400 Capitol Mall, Suite 1800<br>Sacramento, CA 95814 | Stephen Wagner<br>Ginnine Fried<br>COHEN TAUBER SPIEVACK &<br>WAGNER P.C.<br>420 Lexington Ave., Suite 2400<br>New York, NY 10170 |

__X__ by mail. I caused such envelopes with postage thereon, fully prepaid to be placed in the United States mail.

Dated: Los Angeles, California           /s/ Angela Antonio
       May 1, 2008                        Angela Antonio
                                          LEVENE, NEALE, BENDER, RANKIN
                                          & BRILL L.L.P.
                                          10250 Constellation Boulevard, Suite 1700
                                          Los Angeles, California 90067
                                          Telephone: (310) 229-1234