UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TABERNA CAPITAL MANAGEMENT, LLC, <br><br> Plaintiff, <br><br> - against - <br><br> SIDNEY B. DUNMORE, MICHAEL A. KANE, and DHI DEVELOPMENT f/k/a DUNMORE HOMES, LLC, <br><br> Defendants. | District Court Case No.: <br> 08 CV 1817 [JSR] |

**AFFIRMATION OF SERVICE**

## AFFIRMATION OF SERVICE

I, Gil Hopenstand, declare under penalty of perjury that I have served copies of the following document:

NOTICE OF MOTION AND MOTION OF SIDNEY B. DUNMORE TO: (1) DISMISS THE COMPLAINT DUE TO THE AUTOMATIC STAY OR DUE TO PLAINTIFF'S LACK OF STANDING; (2) DISMISS THE COMPLAINT PURSUANT TO F.R.C.P. 12(B)(6); OR IN THE ALTERNATIVE, (3) FOR A MORE DEFINITE STATEMENT OF FACTS PURSUANT TO F.R.C.P. 12(E)

upon:

| | |
|---|---|
| Kenneth G. Roberts<br>James L. Simpson<br>WOLF, BLOCK, SCHORR AND<br>SOLIS-COHEN LLP<br>250 Park Avenue<br>New York, NY  10177 | DHI DEVELOPMENT<br>f/k/a DUNMORE HOMES, LLC<br>8781 Sierra College Blvd., Suite 100<br>Granite Bay, CA 95746 |
| Krista J. Dunzweiler<br>DIEPENBROCK HARRISON<br>400 Capitol Mall, Suite 1800<br>Sacramento, CA  95814 | Stephen Wagner<br>Ginnine Fried<br>COHEN TAUBER SPIEVACK &<br>WAGNER P.C.<br>420 Lexington Ave., Suite 2400<br>New York, NY 10170 |

__X__ by overnight mail.  I caused such envelope to be delivered by an overnight mail carrier, next business day delivery, to the offices of the addressees on the above list.

Dated:  Los Angeles, California        _/s/ Gil Hopenstand_
        May 1, 2008                    Gil Hopenstand
                                       LEVENE, NEALE, BENDER, RANKIN
                                       & BRILL L.L.P.
                                       10250 Constellation Boulevard, Suite 1700
                                       Los Angeles, California  90067
                                       Telephone: (310) 229-1234