LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
BETH ANN R. YOUNG (State Bar No. 143945)
MICHELLE S. GRIMBERG (State Bar No. 217327)
GIL HOPENSTAND (State Bar No. 225899)
10250 Constellation Boulevard, Suite 1700
Los Angeles, California  90067
Telephone:   (310) 229-1234
Facsimile:    (310) 229-1244

Attorneys for Defendant Sidney B. Dunmore

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TABERNA CAPITAL MANAGEMENT, LLC, <br><br> Plaintiff, <br><br> - against - <br><br> SIDNEY B. DUNMORE, MICHAEL A. KANE, And DHI DEVELOPMENT f/k/a DUNMORE HOMES, LLC, <br><br> Defendants. | Case No. 08 CV 1817 (JSR) |

**CERTIFICATE OF SERVICE**

I, Angela Antonio, an employee at Levene, Neale, Bender, Rankin & Brill L.L.P., do certify that on the 6th of June 2008 I caused to be served by U. S. mail on the following:

1.  REPLY BRIEF IN SUPPORT OF DEFENDANT SIDNEY B. DUNMORE'S MOTION  TO:  (1) DISMISS THE COMPLAINT DUE TO THE AUTOMATIC STAY OR DUE TO PLAINTIFF'S LACK OF STANDING; (2) DISMISS THE COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6); OR IN THE ALTERNATIVE, (3) FOR A MORE DEFINITE STATEMENT OF FACTS PURSUANT TO F.R.C.P. 12(e); and

2.  AFFIRMATION OF BETH ANN R. YOUNG IN SUPPORT OF DEFENDANT SIDNEY B. DUNMORE'S MOTION  TO:  (1) DISMISS THE COMPLAINT DUE TO THE AUTOMATIC STAY OR DUE TO PLAINTIFF'S LACK OF STANDING; (2) DISMISS THE COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6); OR IN THE

ALTERNATIVE, (3) FOR A MORE DEFINITE STATEMENT OF FACTS PURSUANT TO F.R.C.P. 12(e)

On the following:

<u>VIA U.S. MAIL</u>
Krista J. Dunzweiler
DIEPENBROCK HARRISON
400 Capitol Mall, Suite 1800
Sacramento, CA  95814


Dated:  Los Angeles, California
       June 6, 2008

      /s/ Angela Antonio
      Angela Antonio
LEVENE, NEALE, BENDER, RANKIN
& BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California  90067
Telephone: (310) 229-1234