```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
TABERNA CAPITAL MANAGEMENT, LLC,     :
                                     :
              Plaintiff,             :    08 Civ. 1817 (JSR)
                                     :
         -v-                         :        ERRATA
                                     :
SIDNEY B. DUNMORE, MICHAEL A. KANE,  :
and DHI DEVELOPMENT f/k/a DUNMORE    :
HOMES, LLC,                          :
                                     :
              Defendants.            :
------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-19-08

JED S. RAKOFF, U.S.D.J.

In the Order dated June 18, 2008, the following dates should be changed: June 19, 2008 should read June 26, 2008; June 26, 2008 should read July 3, 2008; and July 10, 2008 should read July 17, 2008.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       June 19, 2008