UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TABERNA CAPITAL MANAGEMENT, LLC, | : |
| Plaintiff, | : |
| - against - | : Case No. 08 CV 1817 (JSR) |
| SIDNEY B. DUNMORE, MICHAEL A. KANE, And DHI DEVELOPMENT f/k/a DUNMORE HOMES, LLC, | : ELECTRONICALLY FILED |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, Angela Antonio, an employee at Levene, Neale, Bender, Rankin & Brill L.L.P., do certify that on the 26th of June 2008 I caused to be served by U. S. mail on the following:

**SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANT SIDNEY B. DUNMORE'S MOTION TO DISMISS THE COMPLAINT DUE TO THE AUTOMATIC STAY OR DUE TO PLAINTIFF'S LACK OF STANDING**

On the following:

<u>VIA U.S. MAIL</u>
Krista J. Dunzweiler
DIEPENBROCK HARRISON
400 Capitol Mall, Suite 1800
Sacramento, CA  95814


Dated:  Los Angeles, California          /s/ Angela Antonio
         June 26, 2008                    Angela Antonio
                                          LEVENE, NEALE, BENDER, RANKIN
                                          & BRILL L.L.P.
                                          10250 Constellation Boulevard, Suite 1700
                                          Los Angeles, California  90067
                                          Telephone: (310) 229-1234
                                          Facsimile: (310) 229-1244
                                          E-mail:  bry@lnbrb.com
                                          Attorneys for Defendant Sidney B. Dunmore