

**COHEN TAUBER SPIEVACK & WAGNER P.C.**

Stephen Wagner

direct: 212-381-8732
e-mail: swagner@ctswlaw.com

June 26, 2008

**Electronically Filed**

Honorable Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl St., Room 1340
New York, New York 10007

    Re:   *Taberna Capital Management, LLC v. Dunmore, et al.*
             08 CV 1817 (JSR)

Dear Judge Rakoff:

    We are counsel to defendant Michael A. Kane ("Kane") in the above-referenced proceeding.

    Your Honor's June 18, 2008, Order permitted Kane to file a supplemental brief in further support of defendant Sidney B. Dunmore's ("Dunmore") Motion to Dismiss the Complaint pursuant 11 U.S.C. § 362 and 11 U.S.C. § 541. We write to advise that in lieu of a memorandum of law, Kane joins and adopts the arguments submitted by Dunmore in his supplemental memorandum of law in support of the Motion to Dismiss.

                               Respectfully submitted,

                               Stephen Wagner

Cc:   Kenneth G. Roberts, Esq.
       Beth R. Young, Esq.
       (both via email on June 26, 2008)