UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TABERNA CAPITAL MANAGEMENT, LLC, : | |
| Plaintiff, : | |
| - against - : | Case No. 08 CV 1817 (JSR) |
| SIDNEY B. DUNMORE, MICHAEL A. KANE, : | ELECTRONICALLY FILED |
| And DHI DEVELOPMENT f/k/a DUNMORE : | |
| HOMES, LLC, : | |
| Defendants. : | |

**CERTIFICATE OF SERVICE**

I, Angela Antonio, an employee at Levene, Neale, Bender, Rankin & Brill L.L.P., do certify that on the 3rd of July 2008 I caused to be served by OverniteExpress on the following:

**SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF DUNMORE'S MOTION TO DISMISS COMPLAINT DUE TO THE AUTOMATIC STAY OR DUE TO PLAINTIFF'S LACK OF STANDING**

On the following:

<u>VIA OVERNITEEXPRESS SATURDAY DELIVERY</u>
Krista J. Dunzweiler
DIEPENBROCK HARRISON
400 Capitol Mall, Suite 1800
Sacramento, CA  95814

Dated:  Los Angeles, California         /s/ Angela Antonio
        July 3, 2008                    Angela Antonio
                                        LEVENE, NEALE, BENDER, RANKIN
                                        & BRILL L.L.P.
                                        10250 Constellation Boulevard, Suite 1700
                                        Los Angeles, California  90067
                                        Telephone: (310) 229-1234
                                        Facsimile: (310) 229-1244
                                        E-mail:  bry@lnbrb.com
                                        Attorneys for Defendant Sidney B. Dunmore