# C | T | S | W

**COHEN TAUBER SPIEVACK & WAGNER P.C.**

Stephen Wagner

direct:  212-381-8732
e-mail:  swagner@ctswlaw.com

July 3, 2008

**Electronically Filed**

Honorable Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl St., Room 1340
New York, New York 10007

Re:   *Taberna Capital Management, LLC v. Dunmore, et al.*
       08 CV 1817 (JSR)

Dear Judge Rakoff:

We are counsel to defendant Michael A. Kane ("Kane") in the above-referenced proceeding.

Your Honor's June 18, 2008, Order permitted Kane to file a supplemental reply brief in further support of defendant Sidney B. Dunmore's ("Dunmore") Motion to Dismiss the Complaint pursuant 11 U.S.C. § 362 and 11 U.S.C. § 541. We write to advise that in lieu of a reply memorandum of law, Kane joins and adopts the arguments submitted by Dunmore in his supplemental reply memorandum of law in support of the Motion to Dismiss.

Respectfully submitted,

Stephen Wagner

Cc:   Kenneth G. Roberts, Esq.
       Beth R. Young, Esq.
       (both via email on July 3, 2008)