```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
TABERNA CAPITAL MANAGEMENT, LLC,      :
                                      :
            Plaintiff,                :    08 Civ. 1817 (JSR)
                                      :
         -v-                          :    ORDER
                                      :
SIDNEY B. DUNMORE, MICHAEL A. KANE,   :
and DHI DEVELOPMENT f/k/a DUNMORE     :
HOMES, LLC,                           :
                                      :
            Defendants.               :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

In accordance with the Court's Memorandum Order dated July 14, 2008, the Court has received a lengthy response from Bankruptcy Trustee Thomas A. Aceituno. Both sides in the above-captioned case are invited to submit comments on the Trustee's response, in the form of letter briefs not to exceed five single-spaced pages, by August 8, 2008.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       July 25, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-25-08