UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TABERNA CAPITAL MANAGEMENT, LLC, | : Case No. 08 CV 1817 (JSR) |
| Plaintiff, | : ELECTRONICALLY FILED |
| - against - | : |
| SIDNEY B. DUNMORE, MICHAEL A. KANE, And DHI DEVELOPMENT f/k/a DUNMORE HOMES, LLC, | : |
| Defendants. | : |

**AFFIDAVIT OF SERVICE**

**LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.**
BETH ANN R. YOUNG (State Bar No. 143945) (Pro Hac Vice) (bry@lnbrb.com)
MICHELLE SHARONI GRIMBERG (State Bar No. 217327) (Pro Hac Vice) (msg@lnbrb.com)
10250 Constellation Boulevard, Suite 1700
Los Angeles, California  90067
Telephone:     (310) 229-1234
Facsimile:      (310) 229-1244
Attorneys for Defendant Sidney B. Dunmore

I, Angela Antonio, an employee at Levene, Neale, Bender, Rankin & Brill L.L.P., do certify that on the 8th of August 2008 I caused to be served by OverniteExpress on the following:

**SIDNEY B. DUNORE'S RESPONSE TO TRUSTEE'S LETTER BRIEF PER COURT ORDER DATED JULY 25, 2008**

On the following:

Krista J. Dunzweiler, Esq.
DIEPENBROCK HARRISON
400 Capitol Mall, Suite 1800
Sacramento, CA  95814

Gregory J. Hughes, Esq.
HUGHES & PRITCHARD, LLP
3017 Douglas Blvd Ste 300
Roseville, CA, 95661

Dated:  Los Angeles, California           _____/s/ Angela Antonio_____
        August 8, 2008                         Angela Antonio
                                          LEVENE, NEALE, BENDER, RANKIN
                                          & BRILL L.L.P.
                                          10250 Constellation Boulevard, Suite 1700
                                          Los Angeles, California  90067
                                          Telephone: (310) 229-1234
                                          Facsimile: (310) 229-1244
                                          E-mail:  bry@lnbrb.com
                                          E-mail: msg@lnbrb.com
                                          Attorneys for Defendant Sidney B. Dunmore